STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. NEILS R. ELLIS, DEFENDANT-APPELLANT.

Argued January 23, 1962—Decided March 19, 1962.

*Mr. John P. Kozak,* Assistant Prosecutor of Middlesex County, argued the cause for plaintiff-respondent (*Mr. Edward J. Dolan,* Prosecutor, attorney).

*Mr. Andrew V. Clark* argued the cause for defendant-appellant (*Messrs. Seaman & Clark,* attorneys).

The opinion of the court was delivered

PER CURIAM. Defendant appeals from a denial of a writ of *habeas corpus* by the Middlesex County Court.

The application is grounded basically upon an allegation that a plea of *nolo contendere* was entered to a murder indictment on behalf of defendant by his court-appointed attorney without defendant's authorization and without understanding on his part of the nature of the plea.

We have examined the record and are satisfied that defendant knew the nature of the plea and authorized his counsel to enter said plea.

Affirmed.

*For affirmance*—Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.